# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHARLES BRASILI,

    Plaintiff,

vs.

EMC MORTGAGE CORPORATION,
EMC MORTGAGE LLC, and
JPMORGAN CHASE NA,

    Defendants.

Case No: 2:15-cv-10401

Honorable   George C. Steeh
Magistrate  David R. Grand

| | |
|---|---|
| Steven P. Berriman (P54774) | Erin R. Katz (P71604) |
| Steven Weber (P45602) | Laura C. Baucus (P56932) |
| **UAW-FORD LEGAL SERVICES PLAN** | **DYKEMA GOSSETT PLLC** |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |
| 898 S. Telegraph Road | 39577 Woodward Ave., Ste. 300 |
| Monroe, MI 48161 | Bloomfield Hills, MI 48304 |
| (734) 242-9700 | (248) 203-0714 |
| stevenbe@uawlsp.com | ekatz@dykema.com |
| | lbaucus@dykema.com |

## STIPULATED ORDER OF DISMISSAL

Pursuant to the agreement of the parties as evidenced by the stipulations below:

**IT IS HEREBY ORDERED** that the above-captioned action is hereby DISMISSED with prejudice and without costs to either party.

Dated: April 23, 2015

    s/George Caram Steeh
    HON. GEORGE CARAM STEEH
    United States District Judge

**STIPULATIONS:**

By: /s/ Steven P. Berriman (with consent)   By: /s/ Erin R. Katz
    Steven P. Berriman (P54774)       Erin R. Katz (P71604)
    Attorney for Plaintiff       Attorney for Defendants